AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00068 |
| | ) Assigned To : Judge Zia M. Faruqui |
| Nicole Marie Joyner | ) Assign. Date : 2/23/2024 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| | ) |
| _____ | ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Nicole Marie Joyner                                                                ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ☒ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds)
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds)
40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building)
40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building)

Date:     02/23/2024

Zia M. Faruqui
2024.02.23
12:37:38 -05'00'
*Issuing officer's signature*

City and state:     Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 02/23/24 , and the person was arrested on *(date)* 05/13/24 at *(city and state)* Ocala, Florida . |
| Date: 05/13/24          *Arresting officer's signature* |
| Joe Menesy / FBI |
| *Printed name and title* |